**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01064-CV

### IN RE SYLVESTER MCCURRY, Relator

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F99-01864-K, F01-00915-K**

## ORDER
Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     KERRY P. FITZGERALD
          JUSTICE